Jonathan G. Gabriel, Esq., SBN 140381
David S. Mayes, Esq., SBN 207173
GABRIEL LAW GROUP, PC
P.O. Box 261697
Encino, California 91426
Telephone: (818) 906-3700
Email:  jonathan@gabriellawgroup.com
        david@gabriellawgroup.com
Attorneys for Plaintiff and Counterdefendant,
DAVID BREIN, and Third-Party Defendants,
FRANKE FOWLER, FRANKE FOWLER
DESIGN STUDIO, and RENEE HURWITZ

Brain K. Berman, Nevada Bar No. 00056
Brian K. Berman CHTD.
721 Gass Ave.
Las Vegas Nevada, 89101
Telephone (702) 382-6450
Email: b.k.bernam@att.net
Attorney for Defendants and Cross-Claimants,
FSHP BUILDERS, LLC and BRENDAN J. HANCOCK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BREIN, an individual, | CASE NO. 2:22-cv-01475-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **TO EXTEND TIME UNDER *FRCP 6(b)(1)*** |
| | **TO RESPOND TO COUNTERCLAIM** |
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company; BRENDAN J. HANCOCK, an individual; S.D.Q., a Nevada corporation doing business as PACIFIC SHOWCASE; MAK COMMERCIAL GLAZING LLC, a Nevada limited liability company; OMAR PRIETO, an individual; and DOES 1-20, Inclusive. | |
| Defendants. | |
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company, and BRENDAN J. HANCOCK, an individual, | |

-1-
STIPULATION AND ORDER EXTENDING TIME TO ANSWER COUNTERCLAIM

|   |   |
|---|---|
| Counterclaimants, | ) |
| vs. | ) |
|   | ) |
| DAVID BREIN, an individual, | ) |
|   | ) |
| Counterdefendant. | ) |
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company, and BRENDAN J. HANCOCK, an individual, | ) |
|   | ) |
| Third-Party Plaintiffs, | ) |
| vs. | ) |
|   | ) |
| FRANKE FOWLER, an individual, FRANKE FOWLER, AN INTERIOR DESIGN STUDIO, a California business entity; RENEE HURWITZ, an individual, and DOES1-20, Inclusive, | ) |
|   | ) |
| Third-Party Defendants. | ) |

The PARTIES hereby submit the following STIPULATION and ORDER extending the time for Cross-Defendant DAVID BREIN to respond to the Counterclaim under *Federal Rule of Civil Procedure* ("*FRCP*") 6(b)(1) as follows:

**RECITALS**

WHEREAS, the Answer and Counterclaim was served on November 2, 2022;

WHEREAS, under *FRCP* 12(a)(1)(B), Plaintiff and Counter-Defendant DAVID BREIN's response to the Counterclaim would be due on November 23, 2022;

WHEREAS, after discussion between counsel for the Parties, counsel for Defendant and Counterclaimants FSHP Builders, LLC and Brendan Hancock, Brian K. Berman ("Defendants' Counsel") indicated that he would file an Amended Answer, Counterclaim and Third Party Complaint forthwith;

GABRIEL Law Group
P.O. Box 261697
Encino, CA 91426

WHEREAS, in light of Defendants' Counsel's representation as set forth above, the Parties agreed to permit Defendants' Counsel additional time to file said Amended Pleadings and extend the time for Plaintiff and Cross-Defendant to respond to the instant Counterclaim;

## STIPULATION

The PARTIES and their counsel of record hereby STIPULATE to the following:

1. Defendants and Counterclaimants FSHP Builders, LLC and Brendan Hancock shall have an additional fifteen (15) days to file their Amended Pleadings, up to and including December 8, 2022;

2. Counter-Defendant David Brein shall have an additional twenty-one (21) days, up to and including December 14, 2022, to file responsive pleadings to the current Counterclaim on file with the Court if Defendants do not amend their Answer and/or Counterclaim;

3. If Counterclaimant(s) file Amended Pleadings, Counter-Defendant David Brein shall have the time prescribed by *FRCP* 12(a)(1)(B) to respond to the Amended Counterclaim.

      /Jonathan Gabriel/
By: Jonathan G. Gabriel, Esq.
Attorneys for Plaintiff and Counter-Defendant David Brein

      /Brian K. Berman/
By: Brian K. Berman, Esq.
Attorneys for Defendant and Counterclaimants FSHP Builders, LLC and Brendan Hancock

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: November 28, 2022**