BRIAN K. BERMAN, ESQ.
Nevada Bar No. 000056
BRIAN K. BERMAN CHTD.
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702
FAX (702) 382-6450
Email: b.k.berman@att.net

*Attorney for Defendants FSHP BUILDERS, LLC and BRENDAN J. HANCOCK*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BREIN, an individual,<br>    Plaintiff,<br>vs.<br>FSHP BUILDERS, LLC, a Nevada Limited Liability Company; BRENDAN J. HANCOCK, an individual; S.D.Q., a Nevada corporation doing business as PACIFIC SHOWCASE; MAK COMMERCIAL GLAZING LLC, a Nevada limited liability company; OMAR PRIETO, an individual; and DOES 1-20, Inclusive.<br>    Defendant. | CASE NO.: 2:22-cv-01475-CDS-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERDEFENDANT DAVID BREIN'S MOTION TO DISMISS THE AMEND COUNTERCLAIM FILED BY FSHP BUILDERS, LLC AND BRENDAN J. HANCOCK [Document 28] and THIRD PARTY DEFENDANTS FRANKE FOWLER, FRANKE FOWLER DESIGN STUDIO AND RENEE HURWITZ'S MOTION TO DISMISS THE THIRD PARTY COMPLAINT FILED BY FSHP BUILDERS, LLC AND BRENDAN J. HANCOCK [Document 29] [FIRST REQUEST]** |
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company, and BRENDAN J. HANCOCK, an individual<br>    Counterclaimants,<br>vs.<br><br>DAVID BREIN, an individual,<br>    Counterdefendant. | |

1

| | |
|---|---|
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company, and BRENDAN J. HANCOCK, an individual, | |
| Third-Party Plaintiffs, | |
| vs. | |
| FRANKIE FOWLER, an individual, FRANKIE FOWLER AN INTERIOR DESIGN STUDIO, a California business entity, RENEE HURWITZ, an individual, and DOES 1-20, Inclusive. | |
| Third-Party Defendant. | |
| S.D.Q., a Nevada corporation doing business as PACIFIC SHOWCASE, | |
| Cross-Claimant, | |
| vs. | |
| FSHP BUILDERS, LLC, a Nevada Limited Liability Company, | |
| Cross-Defendants. | |

COMES NOW Counter-Claimants FSHP BUILDERS, LLC and BRENDAN J. HANCOCK, and Counter-Defendant DAVID BREIN, by and through their counsel, and hereby stipulate as follows:

//

//

1) On December 29, 2022, Counter-Defendant filed "Counter-Defendant David Brein's Motion to Dismiss the Amended Counterclaim Filed by FSHP Builders, LLC and Brendan J. Hancock" [Docket #28.]

2) On December 29, 2022, Third Party Defendants filed "Third Party Defendants Franke Fowler, Franke Fowler Design Studio and Renee Hurwitz's Motion to Dismiss the Third Party Complaint Filed by FSHP Builders, LLC and Brendan J. Hancock" [Docket #29.]

3) Pursuant to LR II 27-2, Counter-Claimants were afforded 14 days, or to and including Thursday, January 12, 2023, within which to file an opposition.

4) Five of the 14 days in which to respond were consumed with weekends and holidays.

5) Counterclaimants have requested, and Defendants have agreed, to extend the deadline for filing an opposition to both motions by two business days, to and including Tuesday, January 17, 2023.

//

//

//

//

6) This is the first request for an extension of time on these matters.

**IT IS SO STIPULATED.**

/Brian K. Berman/
Brian K. Berman, Esq.
Attorney for Defendants, Counterclaimants, and Third Party Plaintiffs, FSHP Builders, LLC and Brendan Hancock

/David S. Mayes/
David S. Mayes, Esq.
Attorney for Plaintiff and Counterdefendant David Brein; Third Party Defendants Franke Fowler, Franke Fowler Design Studio and Renee Hurwitz

/Kevin Diamond/
Kevin Diamond, Esq.
Attorney for Defendant and Counterclaimant S.Q.D dba Pacific Showcase

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 13, 2023

4